

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00030-CV

_____

IN THE MATTER OF THE MARRIAGE OF
BRANDY LYNN ESTES AND JEFFERY BRIAN ESTES
AND IN THE INTEREST OF S.E.E. AND M.B.E., CHILDREN

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 18D1319-202

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Scott E. Stevens
Justice

Date Submitted:     August 5, 2019
Date Decided:       August 6, 2019